# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin



| United States of America<br>v.<br>Clyde Lewis-Springfield<br>dob: xx/xx/1984 | ) ) ) ) ) ) ) | Case No. **21-M-534 (SCD)** |
|---|---|---|

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Clyde Lewis-Springfield,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1204 (International parental kidnapping)

Date: 11-24-21

*Issuing officer's signature*

City and state:    Milwaukee, WI    Hon. Stephen C. Dries
*Printed name and title*

### Return

This warrant was received on *(date)* 11/24/2021, and the person was arrested on *(date)* 11/21/2025
at *(city and state)* MILWAUKEE, WI.

Date: 11/21/2025

*Arresting officer's signature*

SAMUEL SPENCER, DUSM
*Printed name and title*