# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **CLYDE LEWIS SPRINGFIELD** | CASE NUMBER **21-mj-00534** |

HONORABLE NANCY JOSEPH, presiding  
Deputy Clerk: Evan R.  
Hearing Held: November 21, 2025, at 2:00 pm

Court Reporter: Liberty  
Hearing Began: <u>2:01 pm</u>  
Hearing Ended: <u>2:31 pm</u>

**Appearances:**

UNITED STATES OF AMERICA by: Megan Jean Thomas  
CLYDE LEWIS SPRINGFIELD, in person, and by: Alexandra Douglas  ☐ CJA ☑ FDS ☐ RET  
U.S. PROBATION OFFICE by: Joe Werner  
INTERPRETER: ☑ None ☐ Sworn

☑ Defendant advised of rights  
☑ Court orders counsel appointed  
☑ Defendant advised of charges, penalties, and fines  
☑ **Preliminary Hearing/Arraignment and Plea set for December 4, 2025 at 10:00 am**

<u>Maximum Penalties:</u>

COUNT 1: SENT: 3 years; FINE: $250,000; SR: 1 year; SA: $100.

BOND

GOVERNMENT argues for detention.  
Defendant is a flight risk and danger to the community.  
Defendant was extradited from South Africa, having been there since 2021.  
Defendant allegedly removed himself and his children to South Africa to join The Cradle of Hope religious cult.  
Neither the defendant nor the children were on the return flight as scheduled.  
Defendant made plans to not return to Milwaukee.  
Defendant installed anti-location detecting software on his and the children's devices.  
Defendant exposed the children to harsh and inhumane living conditions until their rescue by law enforcement.  
Defendant withheld the children from their mother for over four months.  
Defendant was in custody in South Africa for a portion of the time this case has been pending.  
Defendant has multiple convictions related to firearms and crimes of violence.  
Defendant is a flight risk due to non-compliance with court orders.  
Defendant has had issues not appearing for previous court dates.  
Two counts for interfering with child custody are pending in state court.  
Government indicates the children's mother vehemently opposes release.  
Defendant does have ties to South Africa still, with a partner and child there.  
Government is unsure as to the applicability of time-served credits for internation confinement.

DEFENSE argues for release.
Government has not met their burden.
Defendant no longer poses a flight risk due to the loss of his passport.
Defendant owns a home in Milwaukee that his brother currently resides in.
The mother and children are out of state.
Defendant has no access to the children.
Defendant has single failure to appear from 2005, 20 years ago.
There are reasonable conditions that could effectively protect the community.
Defendant's brother has recently received a serious medical diagnosis.
The extradition proceedings are the primary reason this case has been delayed.

COURT hears from the parties prior to decision.
The Court orders the Defendant detained pending trial.